IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:03CR30** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| **vs.** | ) | |
| | ) | |
| **SHANE L. BORER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For the reasons stated in the accompanying Memorandum and Order,

IT IS ORDERED:

1.      The Court has completed the initial review of the Defendant's Motion for Leave to File an Enlarged Motion (Filing No. 84), construed as a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence;

2.      Upon initial review, the Court summarily denies the Defendant's claims raised in the § 2255 motion, and the motion (Filing No. 84) is summarily denied; and

3.      The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 20th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge